My name is Brian Wilson. Manager of Recording Artist, YBG SOSA, better known as Antonio Johnson. Even though I was his manager, Antonio became my little brother. As a manager in this music industry, you have to get to know your artist. With that being said, I would visit him daily at the studio, venues, performances, appearance, his mom house, (who became a second mother to me.) His house, etc. Eventually we ended up being together almost 24/7 because his single, 'All Year' started to blow up in the DMV region. So I eventually started staying with at times. The person that they're making him out to be, is in fact not the person that I know. Not only as a client/artist, but more importantly as a brother. Blood couldn't make our relationship any closer. In life people make mistakes, I do all the time, but I'm and most are blessed enough to get a second chance, or chances to correct that mistake. For an entire year. 2018 Antonio was on the road working his music in the region. Everyday I would see this intelligent young man, give his all, days when he was dead broke, we kept pushing, when he was exhausted, he found the energy to keep going. The kids and his peers look up to Antonio so much. He would give his last to the kids in the neighborhood, the squeegee boys. He was attached to the inner city youth, just as much as they were attached to them. See the city, neighborhood where we are from, most don't make it out. Antonio was on the verge of making it out. Some even thought he had. I can go on and on about how much potential, intelligence, kindness, loving Antonio is, but what I will say is, When you make your decision, please give my brother another chance at freedom, so he can continue his journey as becoming an awesome artist/Entrepreneur in this industry. The industry is waiting for him to get back to making awesome music. I get asked all the time by his fans, and even my colleagues how is Sosa, and when will he come out with new music. All I can tell them is, God willing, soon, real soon. He's not a bad guy at all. If he was, I wouldn't even be associated with him, business wise or personally, because see me, I wouldn't even squeeze a grape, at a fruit fight lol and he knows that. I love my brother /artist and I would really like to see the day in the near future to see him back doing what he was born to do. Music.

Thank you,
Brian Wilson